# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Denisse Caroline LOPEZ-Barrientos,<br><br>　　　　　　　　Defendant. | Case No.:  2:26-mj-08097<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assault on Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

On or about February 12, 2026, within the Southern District of California, defendant, Denisse Caroline LOPEZ-Barrientos, did intentionally and forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit: United States Customs and Border Protection Watch Commander R. Barrios, while Watch Commander R. Barrios was engaged in and on account of the performance of her official duties, such acts involving physical contact with Watch Commander R. Barrios, to wit: striking Watch Commander R. Barrios in the shoulder and arms; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Adam Green
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th day of February, 2026.

_____
HON. LUPE RODRIGUEZ, JR.
U. S. MAGISTRATE JUDGE

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA |
| 2 | v. |
| 3 | Denisse Caroline LOPEZ-Barrientos |

## STATEMENT OF FACTS

On February 12, 2026, at approximately 1:30 a.m., Customs and Border Protection Canine Enforcement Officer (CEO) J. Jones was conducting a preprimary roving operation with CEO Sanchez and his assigned canine. Denisse Caroline LOPEZ-Barrientos (LOPEZ), a citizen and national of United States, was driving a 2012 Mercedez Benz sedan bearing California license plates and applied for entry into United States at the Calexico, California West Port of Entry accompanied by a male passenger.  During pre-primary inspection, LOPEZ stated to CEO J. Jones that CEO Sanchez's canine had jumped on her hood and scratched her vehicle. CEO Jones advised LOPEZ that she could step out of her vehicle and check for any scratches to which she replied she did not want to get out of her vehicle.  CEO Jones then advised the CBPO at Lane 6 to refer the vehicle for a Z-Portal scan for further inspection and LOPEZ was directed to drive through the Z-Portal machine.

In secondary inspection, CBP Watch Commander R. Barrios instructed LOPEZ to park for inspection and to open the hood of the vehicle to which she responded "What the fuck do you want bitch?" Watch Commander Barrios proceeded to ask LOPEZ to park her vehicle for inspection when she accelerated and parked two stalls down. At this time, Watch Commander Barrios approached the vehicle with several other CBPOs. CBPO Rivera Rosario attempted to start interviewing LOPEZ when she refused to lower her window. CBPO Rivera Rosario asked her once again to lower her window to which she refused.  Watch Commander Barrios approached her and asked her in a calm and professional manner to please step out of the vehicle so CBPOS could complete their inspection. LOPEZ then refused using heavy instances of profanity directed at Watch Commander Barrios. Watch Commander Barrios tried to calm LOPEZ and tell

LOPEZ she would be on her way once the inspection of her vehicle was completed. LOPEZ then proceeded to open the hood and trunk of her vehicle and stood behind the trunk.

CBPO Rivera Rosario asked the male passenger to step out of the vehicle to initiate the vehicle inspection and the male passenger said "I'm not getting off this car, you guys are not inspecting me and there's nothing you can do about it." After numerous attempts to get him out of the vehicle, CBPO Rivera Rosario and CBPO C. Rodriguez proceeded to place restraints on the male passenger. At this point, LOPEZ began screaming and yelling "What the fuck are you guys doing; leave him alone, you're not inspecting us; I'm not going anywhere." Watch Commander Barrios approached LOPEZ to calm her down when LOPEZ started swinging at Watch Commander Barrios with both of her hands. Watch Commander Barrios attempted to back away from LOPEZ and gave her verbal commands to stop and put her hands up but LOPEZ continued yelling profanities at Watch Commander Barrios. LOPEZ continued swinging at Watch Commander Barrios to the point where LOPEZ slapped at Watch Commander Barrios' arms and punched Watch Commander Barrios in the left shoulder. At this time, Watch Commander Barrios held LOPEZ by her arms and placed her on the floor in a safe manner while simultaneously placing handcuffs on her. Watch Commander Barrios suffered a bruise to her right arm from LOPEZ slapping her.

LOPEZ continued to be combative to the point where she continued to resist on the floor and yelled additional profanities while claiming CBPO would have to carry her because she refused to walk. Watch Commander Barrios and other CBPOs took hold of LOPEZ by her arms and legs and carried LOPEZ into a secondary inspection pat down room where CBPOs conducted a pat down of LOPEZ with negative results. LOPEZ was escorted out of the pat down room but continued to use insulting words towards every CBPO involved but more directly toward Watch Commander Barrios. LOPEZ was then ankle cuffed to the secondary bench to await further processing.

Homeland Security Investigations Special Agents responded to the Port of Entry and advised LOPEZ of her Miranda Rights to which she stated she understood her rights and

was willing to speak without the presence of an attorney. During the interview, LOPEZ stated she was coming from Mexico when she entered the POE. While in primary lanes, the dog was "forced" on the hood of her vehicle. This made her upset and she wanted to complain about the Officer. LOPEZ went to the primary booth and told the Officer she wanted a complaint form. LOPEZ was told she would get the form in secondary inspection. When LOPEZ arrived in secondary, she was asked to exit the vehicle and this made her upset. LOPEZ said that when she was standing outside of the vehicle, she saw her fiancée being placed in handcuffs. LOPEZ stated that she had told Officers not to touch her. Since they kept touching her, LOPEZ hit the Officer (CBPO WC Barrios) in self-defense. LOPEZ then said that CBPOs carried her from the inspection lot because she refused to walk. LOPEZ claimed she had injuries from being forced to the ground.

LOPEZ was placed under arrest for a violation of Title 18, United States Code, section 111, for the Assault on a Federal Officer.